NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**CASITAS MUNICIPAL WATER DISTRICT,**
*Plaintiff-Appellant,*

v.

**UNITED STATES,**
*Defendant-Appellee.*

---

2012-5033

---

Appeal from the United States Court of Federal Claims in case no. 05-CV-168, Senior Judge John P. Wiese.

---

## ON MOTION

---

Before BRYSON, *Circuit Judge.*

## ORDER

Westlands Water District and Sweetwater Company, Stockton East Water District, and Pacific Legal Foundation move for leave to file a brief amicus curiae.

Upon consideration thereof,

IT IS ORDERED THAT:

The motions are granted.

FOR THE COURT

**MAR 2 7 2012**
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Roger J. Marzulla, Esq.
     Katherine J. Barton, Esq.
     Roderick E. Walston, Esq.
     J. David Breemer, Esq.
     Jennifer L. Spaletta, Esq.

s19

**FILED**
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAR 2 7 2012

JAN HORBALY
CLERK